No. 83–5918.  POPPOS *v.* YOUNG ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–5921.  DOWNING *v.* OHIO.  Ct. App. Ohio, Tuscarawas County.  Certiorari denied.

No. 83–5927.  POWELL *v.* MITCHELL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–5929.  REED *v.* MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 83–5931.  JONES *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 83–5935.  BRYANT *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 83–5936.  DOE ET AL. *v.* STAPLES, DIRECTOR OF THE HAMILTON COUNTY WELFARE DEPARTMENT, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 83–5944.  OLIVER *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–5946.  REDDING *v.* FAIRMAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–5947.  MILLER *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 83–5949.  SANDERS *v.* ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION.  C. A. 7th Cir.  Certiorari denied.

No. 83–5952.  LOPEZ *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 83–5959.  FAHEY *v.* CODO ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 83–5960.  FOREMAN *v.* RICKETTS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Ariz.  Certiorari denied.